Certiorari dismissed, December 8, 2008

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6081**

MARLON BRAMWELL,

             Plaintiff - Appellant,

       v.

TERRY O'BRIEN, Warden, USP Lee,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, District Judge. (7:07-cv-00429-gec-mfu)

Submitted:  May 22, 2008                    Decided:  May 29, 2008

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marlon Bramwell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlon Bramwell appeals the district court's order dismissing his petition filed pursuant to 28 U.S.C. § 2241 (2000), which the district court construed as a complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and dismissed under 28 U.S.C. § 1915A(b) (2000), and its order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bramwell v. O'Brien, No. 7:07-cv-00429-gec-mfu (W.D. Va. Sept. 25, 2007 & Oct. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED